Edward SERVANT

v.

Doris DURFEE.

No. 79–88–Appeal.

Supreme Court of Rhode Island.

May 22, 1981.

David M. St. Germain, Alfred J. Gemma, Providence, for plaintiff.

Edward L. Gnys, Jr., Robert W. Smith, Providence, for defendant.

ORDER

On May 12, 1981, the plaintiff appeared before us and attempted to show cause why his appeal from the dismissal of his 1976 negligence action against an out-of-state defendant should not be summarily dismissed because the record clearly indicates that at no time has the defendant been properly served with legal process.

The plaintiff has failed to show cause, and consequently, the plaintiff's appeal is denied and dismissed, and the judgment appealed from is affirmed.

STATE

v.

Charles FLYNN.

No. 81–271–M.P.

Supreme Court of Rhode Island.

May 28, 1981.

Dennis J. Roberts II, Atty. Gen., Thomas H. Caruolo, Sp. Asst. Atty. Gen., for plaintiff-respondent.

Vincent J. Oddo, Cranston, William M. Kunstler, New York City, for defendant-petitioner.

ORDER

The petition of defendant Charles Flynn for the issuance of various extraordinary writs, for certification of a question of law, or for an order to permit an interlocutory appeal, as prayed, is hereby denied.